# United States District Court
# Eastern District of California

Cigna Health and Life Insurance Company

Plaintiff(s)

V.

Mark Avery

Defendant(s)

Case Number: 2:26-cv-03438-TLN-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John D. Kolb hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cigna Health and Life Insurance Company

On 09/19/2003 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/25/2026 Signature of Applicant: /s/ John D. Kolb

**Pro Hac Vice Attorney**

Applicant's Name: John D. Kolb

Law Firm Name: Kolb Clare & Arnold, PSC

Address: 11902 Brinley Avenue, Suite 202

City: Louisville State: KY Zip: 40243

Phone Number w/Area Code: (502) 614-3776

City and State of Residence: Louisville, Kentucky

Primary E-mail Address: jkolb@kcalegal.com

Secondary E-mail Address: jkolb@kcalegal.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Katherine A. Sandoval

Law Firm Name: Matthiesen Wickert & Lehrer, S.C.

Address: 18500 Von Karman Ave., Suite 530

City: Irvine State: CA Zip: 92612

Phone Number w/Area Code: (800) 637-9176 Bar # 303656

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 6, 2026

JUDGE, U.S. DISTRICT COURT